■ In the Matter of SOCIAL SERVICE EMPLOYEES UNION, LOCAL 371, Appellant, v CITY OF NEW YORK OFFICE OF LABOR RELATIONS, Respondent. In the Matter of the Arbitration between SOCIAL SERVICE EMPLOYEES UNION, LOCAL 371, Appellant, and CITY OF NEW YORK OFFICE OF LABOR RELATIONS, Respondent. [652 NYS2d 979] —Order and judgment (one paper), Supreme Court, New York County (Herman Cahn, J.), entered June 7, 1995, and judgment, same court (Karla Moskowitz, J.), entered October 30, 1995, which, *inter alia*, denied applications to confirm arbitration awards of back pay to petitioner union's grievant members for the period they began out-of-title work until they filed their respective grievances, unanimously affirmed, without costs.

The arbitration clause of the collective bargaining agreement between petitioner union and respondent employer specifically precludes monetary award covering any period prior to the filing of a grievance. The arbitrators, therefore, exceeded their authority in granting such relief to the grievants (*Matter of Local 345 of Retail Store Empls. Union [Heinrich Motors]*, 63 NY2d 985). Concur—Sullivan, J. P., Rosenberger, Wallach and Williams, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN EPTON, Appellant. [652 NYS2d 973] —Judgment, Supreme Court, New York County (Antonio Brandveen, J.), rendered on or about November 30, 1994, unanimously affirmed (*see, People v Callahan*, 80 NY2d 273). No opinion. Concur—Sullivan, J. P., Rosenberger, Wallach and Williams, JJ.